**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**DARRICK LEE SIDES,**

                            **Plaintiff,**

      v.                                            9:15-CV-1203
                                                          (MAD/CFH)

**DOCTOR PAOLANO, Doctor;** Coxsackie Medical Unit, individually and officially**, DR. JON MILLER,** Doctor; Coxsackie Medical Unit, individually and officially**, P. SNYDER,** Nurse; Coxsackie Medical Unit, individually and officially, and **P. SCHMIDT,** Nurse; Coxsackie Medical Unit, individually and officially,

                            **Defendants.**
_____

**APPEARANCES:**                                   **OF COUNSEL:**

**DARRICK LEE SIDES**
96-A-5286
Plaintiff, Pro se
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

**HON. LETITIA JAMES**
**OFFICE OF THE NEW YORK**             **CHRISTOPHER J. HUMMEL, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendants

**Mae A. D'Agostino, U.S. District Judge:**

## ORDER

      The Court of Appeals for the Second Circuit issued a Mandate, entered on this Court's Docket on November 14, 2019, vacating and remanding this Court's prior judgment, and

instructing this Court to "to determine in the first instance whether equitable tolling should apply based on the circumstances of this case, including the notary's temporary unavailability." Dkt. No. 56 ("Second Circuit Mandate"). The Circuit further noted, "Appellees raised other defenses with the District Court. These included qualified immunity and Sides's failure in conflict with the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), to exhaust administrative remedies. We invite the District Court to consider these and other defenses on remand, as it deems suitable." *Id.*

The parties are hereby directed that they have **sixty (60) days** from the filing date of this Order within which to file supplemental briefing concerning the issues of tolling, qualified immunity, exhaustion, and "other defenses," as addressed by the Second Circuit's Mandate.

Furthermore, this matter is referred to the Honorable Christian F. Hummel, the United States Magistrate Judge assigned to this case, for a Report-Recommendation addressing the issues in this case as instructed by the Second Circuit's Mandate.

Based on the foregoing, it is hereby

**ORDERED** that the parties shall have **SIXTY (60) DAYS** from the filing date of this Order within which to file **SUPPLEMENTAL BRIEFING** concerning the issues of tolling, qualified immunity, exhaustion, and "other defenses," as addressed by the Second Circuit's Mandate; and it is further

**ORDERED** that this matter is **REFERRED** to the Honorable Christian F. Hummel, United States Magistrate Judge, for a REPORT-RECOMMENDATION addressing the issues in this case as instructed by the Second Circuit's Mandate; and it is further

**ORDERED** that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED.**

Dated: December 13, 2019
      Albany, New York

_Mae A. D'Agostino_
U.S. District Judge